UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 23-10427-CBM-SSC | Date | June 27, 2025 |
|---|---|---|---|
| Title | Ray Shelton v. Vivian Ekchian, et al. | | |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant |
|---|---|
| N/A | N/A |

**Proceedings:**     **IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

The Court has reviewed the Joint Rule 26(f) Report. The Scheduling Conference set for hearing on July 1, 2025 is VACATED and the following schedule is set.

ADR-1 Form to be filed on or before: July 7, 2025

Fact discovery completion date: February 28, 2026

Initial Expert disclosure date: March 28, 2026

Rebuttal expert disclosure date: April 28, 2026

Expert discovery completion date: May 15, 2026

Settlement conference to be held on or before: May 30, 2026

Motions to be set for hearing on or before: July 21, 2026 at 10:00 a.m.

Pre Trial Conference is set on: September 22, 2026 at 2:30 p.m.

Jury Trial is set on: October 27, 2026 at 10:00 a.m.(est. 5 days)

                                                                                    :

                                      Initials of Preparer         VRV