NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY SHELTON,<br><br>            Plaintiff,<br>   v.<br>GLENDALE UNIFIED SCHOOL DISTRICT, *et al*,<br><br>            Defendants. | CASE NO.  2:23-cv-10427-CBM-SSC<br><br>**ORDER ON STIPULATION TO CONTINUE CERTAIN NON-EXPERT DISCOVERY CUTOFF DATES [53]** |

## **ORDER**

THIS COURT, having considered Plaintiff RAY SHELTON and Defendants GLENDALE UNIFIED SCHOOL DISTRICT (on behalf of itself and its BOARD OF EDUCATION), VIVIAN EKCHIAN, Ed.D, and KRISTINE TONOLI, and Defendants DARNEIKA WATSON, Ph.D., KATHLEEN CROSS, INGRID GUNNELL, SHANT SAHAKIAN, JENNIFER FREEMON, and NAYIRI NAHABEDIAN, in their individual and representative capacities as pleaded, Stipulation to Continue Non-Expert Discovery Cutoffs, and good cause appearing therefore, hereby ORDERS as follows:

The non-expert discovery cutoff of February 28, 2026, is continued only as follows:

    a. Depositions which are noticed for testimony only—to be taken no later than February 27, with notice given no later than 14 calendar days before the deposition date—may be completed at a mutually-convenient date no later than May 29, 2026;

    b. Motions regarding written discovery, for which a letter requesting a conference of counsel under L.R. 37-1 has been served no later than February 13, 2026, may be noticed for hearing on a mutually-convenient date but, in no event, later than May 29, 2026;

    c. Notwithstanding the foregoing, motions regarding written discovery already propounded to Kathleen Cross, Ingrid Gunnell, Shant Sahakian, Jennifer Freemon, and Nayiri Nahabedian, for which a letter requesting a conference of counsel under L.R. 37-1 has been served no later than February 20, 2026, may be noticed for hearing on a mutually-convenient date but, in no event, later than May 29, 2026; and

    d. In the event any fact witness does not appear for a properly noticed deposition or follows one or more instructions not to answer

deposition questions, and in the event a letter requesting a conference of counsel under L.R. 37-1 has been served no later than three calendar days after the scheduled deposition session (or such a conference of counsel is held within that timeframe), a motion regarding such instruction not to answer may be noticed for hearing on a mutually-convenient date but, in no event, later than May 29, 2026.

IT IS SO ORDERED.

Dated: February 18, 2026

CONSUELO B. MARSHALL
United States District Judge